NUMBER 13-05-184-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
BODINE-SCOTT AIR CONDITIONING COMPANY,                  Appellant,

v.

WILLIAM B. MILLER AND MAUREEN MILLER,                      Appellees.
_________________________________________________________

On appeal from the 148th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, BODINE-SCOTT AIR CONDITIONING COMPANY, attempted to
perfect an appeal from a judgment entered by the 148th District Court of Nueces
County, Texas, in cause number 04-6352-E. After the notice of appeal was filed,
appellant filed a motion to withdraw notice of appeal. In the motion, appellant states
that this case has been resolved and appellant no longer wishes to prosecute this
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
withdraw notice of appeal, is of the opinion that the motion should be granted. 
Appellant’s motion to withdraw notice of appeal is granted, and the appeal is hereby
DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 14th day of April, 2005.